UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------- x

CALVIN JONES,

                                              Plaintiff,    **AFFIDAVIT OF SERVICE BY HAND**

                -against-

THE CITY OF NEW YORK, POLICE COMMISSIONER    ECF Case
RAYMOND W. KELLY, DEPUTY INSPECTOR ALAN
E. ABEL, POLICE OFFICER CRUZ PEARSALL, Shield    07cv3850
28066, SERGEANT OSCAR A. PAREDES, Shield 03930

                                              Defendants.

------------------------------------------------------------------- x

State Of New York, County of Kings ss:

__TED BRAUNSTEIN__, being duly sworn, deposes and says:
(Name of Server)

    I am over 18 years of age and not a party to this action.
    At __2:18__ AM/PM, on __August 29, 2007__ at __120 Schermerhorn Street__
       (Time)          (Date)             (Address)

in the County of __Kings__, City of New York, I served the attached   (Name of County)
__Summons + Cmplnt__ in this matter on __O. Paredes__
                                                      (Name of Defendant as shown above)

by delivering the said __Summons and Complaint__ to:

_____
(Name of actual person with whom the SUMMONS was left)

☐ the said defendant in person,
or
☒ of the known to me to be the __Desk Sgt.__ of the __NYPD 120 Schermerhorn rm. 207__
                                   (Title)                    (Corporation/Partnership)

**Description of Individual Served in Person:**
Sex: __F__    Color of Skin: __BL__    Color of Hair: __BL__
Approximate Age: __35__    Approximate Weight: __200__    Approximate Height: __5'5"__

Sworn to before me this __30__ day of __August__ 2007    NICOLE BELLINA __Ted Braunstein__
                                                              NOTARY PUBLIC-STATE OF NEW YORK (Deponent)
                                                              No. 02BE6144661
__Nicole Bellina__                                   Qualified in Kings County
(Notary Public or Court Employee and Title)    My Commission Expires May 01, 2010

CIV-GP-18-1 (Revised 5/04)

Desk Sgt. refused to give name or shield #. left
Summons on desk.