UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------ x

CALVIN JONES,

                                                    Plaintiffs,

-against-

THE CITY OF NEW YORK, POLICE
COMMISSIONER RAYMOND W. KELLY,
DEPUTY INSPECTOR ALAN E. ABEL, POLICE
OFFICER CRUZ PEARSALL, Shield 28066,
SERGEANT OSCAR A. PAREDES, Shield 03930

                                                    Defendants.

------------------------------------------------------------------ x

**AFFIDAVIT OF SERVICE
BY HAND**

ECF Case

07cv3850

State Of New York, County of Kings ss:

**TED BRAUNSTEIN**, being duly sworn, deposes and says:
*(Name of Server)*

        I am over 18 years of age and not a party to this action.

        At  4:25  AM/PM  on  September 21, 2007  at  30 Ralph Avenue
          *(Time)*              *(Date)*                *(Address)*

in the County of  KINGS, City of New York, I served the attached           *(Name of County)*

SUMMONS AND COMPLAINT in this matter on  OFFICER CRUZ PEARSALL, SHIELD #28066
                                          *(Name of Defendant as shown above)*

by delivering the said SUMMONS AND COMPLAINT to:

    Sergeant Meyer #4724
*(Name of actual person with whom the SUMMONS was left)*

❑ the said defendant in person,
or
❑ of the known to me to be the  DESK SERGEANT  of the  81st Precinct
                                      *(Title)*                      *(Corporation/Partnership)*

| **Description of Individual Served in Person:** | | |
|---|---|---|
| Sex: M | Color of Skin: LT | Color of Hair: B |
| Approximate Age: 35 | Approximate Weight: 2 00 | Approximate Height: 5' 10 |

Sworn to before me this 21 day of  Sept  2007

*(Notary Public or Court Employee and Title)*

                                                    *(Signature of Deponent)*

CYNTHIA CONTI-COOK
Notary Public, State of New York
No. 02CO6171485
Qualified in King County
Commission Expires July 23, 2011

CIV-GP-18-1 (Revised 5/04)