# MEMO ENDORSED





USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/1/07

MICHAEL A. CARDOZO
*Corporation Counsel*

THE CITY OF NEW YORK
**LAW DEPARTMENT**
100 CHURCH STREET
NEW YORK, NY 10007

LISA RABINOWITZ
lrabinow@law.nyc.gov
(212) 788-1300
(212)-788-9776 (fax)

September 28, 2007

**BY HAND**
Honorable Thomas P. Greisa
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

Re: <u>Calvin Jones v. City of New York</u>  07 CV 3850 (TPG)

Your Honor:

    I am the Assistant Corporation Counsel assigned to the defense for defendant City of New York and Raymond Kelly[1] with respect to the above-referenced matter, in which plaintiff alleges that he was subjected to excessive force by the defendants.

    While we do not yet represent him, we write on behalf of defendant Oscar Paredes, to request a brief one month extension, until October 26 2007 for him to answer or otherwise move. I attempted to contact plaintiff's counsel for his consent, but have not yet heard back from him. This extension will provide time for this office to make a representational decision with respect to defendant Paredes. *See Mercurio v. The City of New York et al.*, 758 F.2d 862, 864-65 (2d Cir. 1985) (quoting *Williams v. City of New York et al.*, 64 N.Y.2d 800, 486 N.Y.S.2d 918 (1985) (decision whether to represent individual defendants is made by the Corporation Counsel as set forth in state law)).

    No previous request for an extension has been made by defendant Paredes. Accordingly, we respectfully request that defendant Paredes's time to respond to the complaint be extended until October 26, 2007.

    Thank you for your consideration herein.

Respectfully submitted,
*Lisa Rabinowitz*
Lisa Rabinowitz (LR 7946)

cc: Leo Glickman, Esq. (by fax)

---

[1] The City and Commissioner Kelly filed their answer today.

*Approved*
Thomas P. Greisa
USDJ 10/1/07